IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS D. LINDSEY,

    Plaintiff,

  v.

Case No. 19-cv-963-jdp

G. BOUGHTON, M KARTMAN,
L. BROWN, AMD S. SCHNIEDER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                         11/26/2019

Peter Oppeneer, Clerk of Court                Date